■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL UMBERS, Appellant.— Motion by appellant for reargument referred to the court that rendered the decision. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur. Motion for reargument denied. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GLEN E. ROGERS, JR., Appellant, v. ALFRED M. STANLEY, as Director of Rockland State Hospital, Respondent.— Motion by appellant for assignment of counsel and other relief, denied. In view of the four-year lapse of time since the hearing was held on the petition in this habeas corpus proceeding, it is suggested to appellant that he now submit a new petition either to this court or to a Justice of the Supreme Court for another writ of habeas corpus. After the hearing upon such new writ and after the entry of an order determining such new petition, petitioner, if aggrieved and if so advised, may appeal from such order to this court. Beldock, Acting P. J., Ughetta, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN SADOWY, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's and respondent's typewritten briefs, which shall include a copy of the opinion, if any, of the court below. The appellant and respondent are directed to file six copies of their typewritten briefs and to serve one copy on each other. Appellant's time to perfect the appeal is enlarged to the April Term, beginning March 26, 1962; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Joseph Jiudice, Esq., 11 Market St., Poughkeepsie, N. Y., is assigned as counsel to prosecute the appeal. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL SOTO, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— Motion by appellant for a " stay and bail pending appeal," denied. Motion by appellant to place appeal on the calendar for the January Term, instead of the February Term, denied. On the court's own motion, the decision handed down October 23, 1961, is amended by striking out the designation of counsel to prosecute the appeal. In view of defendant's recent letter to the court to the effect that he will prosecute his appeal personally, new counsel has not been assigned. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.